Carl C. Wolf, appellee, v. Marion Cunningham, appellant.  Gen. No. 26,783.

Judgment by confession, under power of attorney, on a promissory note.  Judgment opened and defense made.  Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Donald L. Morrill, Judge, presiding.  Heard in this court at the March term, 1921.  Reversed and remanded.  Opinion filed January 23, 1922. Rehearing denied February 6, 1922.

Miller & Patterson, for appellant; Vail & Vail, of counsel.  Charles E. Green, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

Erna H. Heller and Albertine H. Heller, appellees, v. Mary Krolick, appellant.  Gen. No. 26,848.

Action of forcible entry and detainer.  Judgment for plaintiffs.  Appeal from the Municipal Court of Chicago; the Hon. Perry L. Persons, Judge, presiding.  Heard in this court at the March term, 1921.  Affirmed.  Opinion filed January 23, 1922.

Lester L. Bauer, for appellant.  John S. Burns, for appellees.

Mr. Justice Matchett delivered the opinion of the court.

---

Martin L. H. Barclay, appellee, v. Illinois Brick Teaming Company, appellant.  Gen. No. 26,870.

Action for damage to plaintiff's automobile when it was struck by defendant's truck which was being driven on the wrong side of the street.  Judgment for plaintiff.  Appeal from the Municipal Court of Chicago; the Hon. John Richardson, Judge, presiding.  Heard in this court at the March term, 1921.  Affirmed upon remittitur.  Opinion filed January 23, 1922.

F. J. Canty, for appellant; Charles G. Martin, of counsel.  Arthur J. Shutan, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

Herman Nimphius, appellee, v. Peerless Machinery Company and Herman Fregin, appellants.  Gen. No. 26,882.

Judgment by confession on a promissory note.  Judgment opened and defense allowed.  Judgment for plaintiff on a directed verdict. Appeal from the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding.  Heard in this court at the March term, 1921.  Affirmed.  Opinion filed January 23, 1922.  Rehearing denied February 6, 1922.

John E. Hughes, for appellants. Hans Von Reinsperg, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

G. A. Copp, Inc., appellee, v. Gideon A. Copp, appellant.  Gen. No. 26,895.

Suit to enjoin defendant from engaging in business in his own name because similarity with complainant's corporate name resulted in confusion and unfair competition.  Permanent injunction granted. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding.  Heard in this court at the March term, 1921.  Affirmed.  Opinion filed January 23, 1922.

Thompson, Tyrrell & Chambers, for appellant.  McGilvray, Eames, Vaughan & Tilley, for appellee.

Mr. Justice Matchett delivered the opinion of the court.